August Marie **PARKER**, Plaintiff–counter–defendant–3rd–party–defendant–Appellee,

v.

Alberto **ZAVALA**; et al., Third–party–defendants–cross–claimants–Appellants,

and

Kimberly **Zavala,** Third–party–defendant–cross–claimant,

**Prudential Insurance Company of America,** Defendant–third–party–plaintiff.

No. 10–17033.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 16, 2011.*

Filed Nov. 23, 2011.

Allen James Clark, Clark & Associates, Yuma, AZ, for Plaintiff–counter–defendant–3rd–party–defendant–Appellee.

Rick Kevin Carter, Esquire, Ben J. Himmelstein, Esquire, Matthew A. Klopp, Wong Fujii Carter, P.C., Phoenix, AZ, for Third–party–defendants–cross–claimants–Appellants.

Before: NOONAN and BEA, Circuit Judges, and WALTER, Senior District Judge.**

MEMORANDUM ***

·This is an appeal from a motion for summary judgment; the facts are not repeated as the parties are familiar with them. We are constrained to interpret 38 U.S.C. § 1970(a) of the Servicemembers' Group Life Insurance Act to require strict compliance with its provisions regarding the designation of beneficiaries. *Prudential Ins. Co. v. Perez,* 51 F.3d 197, 198–99 (9th Cir.1995). At the time of the insured's death, the Army had only August

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Donald E. Walter, Senior District Judge for the U.S. District Court for Western Louisiana, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Marie Parker listed as a designated beneficiary on file in its records. Appellants proffered no evidence to establish a triable issue of fact as to another properly designated beneficiary, or that the designation of Parker was for some reason invalid. *Marks v. United States,* 578 F.2d 261, 263 (9th Cir.1978).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.